# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

159088

IN THE MATTER OF

BYRON J. KONSCHUH, JUDGE      SC: 159088
40th CIRCUIT COURT      JTC Formal Complaint 100

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Chief Justice, the time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2021 _____

Clerk